**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on November 3, 2016**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **JEMEL ANTHONY BROWN,** | : | **VIOLATIONS:** |
| **also known as "Mel,"** | : | **18 U.S.C. § 844(e)** |
| | : | **(Threats to Use Explosive)** |
| **Defendant.** | : | **18 U.S.C. § 875(c)** |
| | : | **(Interstate Threats)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about February 1, 2017, within the District of Columbia, **JEMEL ANTHONY BROWN**, also known as "Mel," through the of the telephone and other instrument of interstate commerce, and in and affecting interstate commerce, willfully made a threat, and maliciously conveyed false information knowing the same to be false, concerning an alleged attempt being made, and to be made, to injure and intimidate an individual and unlawfully to damage and destroy a building and/or real property by means of fire and explosives – specifically, BROWN placed a call to the Potomac Lanes Bowling Alley located on Joint Base Anacostia-Bolling, falsely claiming that he would blow up the building if it was not evacuated within minutes.

(**Threats to Use Explosive**, in violation of Title 18, United States Code, Section 844(e))

## <u>COUNT TWO</u>

On or about February 1, 2017, within the District of Columbia, **JEMEL ANTHONY BROWN**, also known as "Mel," knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another – specifically, BROWN placed a telephone call falsely claiming that he would blow up the Potomac Lanes Bowling Alley located on Joint Base Anacostia-Bolling if it was not evacuated within minutes.

(**Interstate Threats**, in violation of Title 18, United States Code, Section 875(c))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.